UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

KALIOPE SPILIOTIS and
DIMITRI SPILIOTIS

CASE NO. 06-20174-CIV-KING

    Plaintiffs,

v.

CARNIVAL CORPORATION, a
foreign corporation

    Defendant.

_____/

**FINAL ORDER OF DISMISSAL**

    This issue comes before the court sua sponte. On March 3, 2006 this Court sent a Scheduling Order (DE # 13) requiring Plaintiffs to file a pre-trial stipulation by October 27, 2006 and to appear before this Court for a Pre-trial Conference on November 3, 2006. Plaintiff Dimitri Spiliotis did not file a pre-trial stipulation as ordered nor did he appear before this Court for the Pre-trial Conference. The court, having considered the record and being fully advised in the premises, it is hereby

    ORDERED and ADJUDGED that Plaintiff Dimitri Spiliotis's Case be, and it is hereby DISMISSED for failure to comply with an order of this court, without prejudice to the plaintiff's right to re-file the case under a new case assignment and new case number in the office of the Clerk of the United States District Court. If the case is subsequently re-filed, the attorneys for the plaintiff shall notify the Clerk of Court of this order of dismissal in order that the Clerk of Court will assign the newly filed case to the division of the undersigned Judge in accordance with L.R.

FLA 3.9.

It is further ORDERED and ADJUDGED that this Court's October 24, 2006 Order to Show Cause (DE # 26) be, and the same is hereby, MOOT.

DONE and ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 3rd day of November, 2006.

*James Lawrence King*

_____
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc:   *Counsel for Plaintiffs*

Dimitri Spiliotis
c/o Kalliope Spiliotis
3533 Brookston Drive
Holiday, FL 34691

Jacob J. Munch, Esq.
Munch and Munch, P.A.
212 South Magnolia Avenue
Tampa, FL 33606
Fax: (813) 254-5172

*Counsel for Defendant*
J. Michael MaGee, Esq.
Carnival Corporation
3655 N.W. 87th Avenue
Miami, FL 33178-2428
Fax: (305) 406-5347